# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Joel Colon, Task Force Officer, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), do hereby state that:

## INTRODUCTION

1. I am a Task Force Officer of the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), San Juan, Puerto Rico and have been so for the past nine years. I am a graduate of the Puerto Rico Police Academy and possess an associate degree in criminal justice. I have been an Agent of the Puerto Rico Police Department for the last twenty-four years, in which I conducted investigations dealing with firearms, drugs, homicides, intelligence and other crimes. Through training, investigations, and experience, I have taken part in cases relating to the trafficking of firearms, the use and possession of firearms by persons prohibited by law, and the possession of illegal firearms. The details and information stated herein are a compilation of facts and events investigated by me and other Law Enforcement Officers, who investigated and confirmed their veracity or overseen their development. I have drafted this affidavit for the limited purpose of establishing probable cause violations of law; therefore, I have not included all of the facts of this investigation.

2. The details and information stated herein are based on my training, experience, and personal knowledge and compilation of facts and events investigated by me and other Law Enforcement Officers who investigated and confirmed their veracity or oversaw their development. I have drafted this affidavit for the limited purpose of establishing probable cause that Misael **COSTALES-SOTO** violated Title 18, United States Code, Section 922(o) (possession of a machinegun). Therefore, I have not included all of the facts of this investigation.

## FACTS SUPPORTING PROBABLE CAUSE

3. On May 29, 2026, Puerto Rico Police Department (PRPD) agents conducted a preventive patrol in the Hato Rey area of San Juan, Puerto Rico. While patrolling the area in a marked police vehicle, at approximately 6:00am, Agents observed a blue Kia Rio bearing Puerto Rico license plate KFV148. The driver of the vehicle ran through a red traffic signal without taking the appropriate precautions. PRPD Agents proceeded to signal the vehicle driver with the lights and siren ordering him to stop. Immediately, the driver stopped the vehicle at the corner of 49 street and Lopez Sicardo street in San Juan, Puerto Rico. PRPD Agents approached the driver of the Kia vehicle and they observed a bullet hole on the upper side of the driver door. PRPD Agents seized and transported the vehicle to the PRPD Hato Rey East Precinct for investigative purposes.

4. PRPD Agents conducted a vehicle inventory, and they found inside the trunk a Glock pistol, model 43X, 9mm caliber, bearing serial number AHDU316, with an attached a machinegun conversion device (known as a "chip") loaded with one round of 9mm caliber ammunition in the chamber and (3) rounds in the magazine. Below are images of the firearm.




5. PRPD Agents queried the serial number in the National Crime Information Center (NCIC) and Puerto Rico Electronic Firearms and Licenses Registry (REAL) databases, and the search revealed

that the Glock pistol was registered to Misael **COSTALES-SOTO** and had not been reported as lost or stolen in either database.

6. PRPD Agents contacted **COSTALES-SOTO** by phone to interview him.

7. **COSTALES-SOTO** later arrived at the PRPD Hato Rey East Precinct where he was interviewed. **COSTALES-SOTO** stated that on May 28, 2026, he went to lunch with the driver of the KIA Rio vehicle and inadvertently left the Glock pistol inside the car. He claimed that he had tried to contact the driver of the KIA Rio to get the firearm back but had been unsuccessful. **COSTALES-SOTO** described his Glock pistol as black and gold in color, with a red backplate and red magazine release button. As pictured above, the Glock pistol seized by PRPD Agents has the same characteristics described by **COSTALES-SOTO**. Additionally, the firearm had the machinegun conversion device "known as a chip". **COSTALES-SOTO** did not make statements about the modification. During this interview, **COSTALES-SOTO** also stated that his address is at Calle Pomarrosa #292, Bo. Candelaria, Toa Baja, Puerto Rico. The address provided by **COSTALES-SOTO** to PRPD Agents doesn't match his address registered in the REAL database.

8. On June 3, 2026, ATF Agents queried **COSTALES-SOTO's** purchase history in the REAL database. The database queries corroborate that **COSTALES-SOTO** is the owner of the Glock 43X pistol bearing serial number AHDU316 (the firearms seized in the trunk of the KIA Rio).

9. On June 11, 2026, ATF Agens executed a federal search warrant at **COSTALES-SOTO's** residence located at Calle Pomarrosa #292, Bo. Candelaria, Toa Baja, PR.

10. On June 11, 2026, ATF Agents read the Miranda warning to **COSTALES-SOTO**. After understanding his rights, **COSTALES-SOTO** waived his rights and agreed to speak with ATF Agents without the presence of counsel. ATF Agents asked **COSTALES-SOTO** regarding the Glock 43x pistol seized by PRPD Agents on May 29, 2026. **COSTALES-SOTO** stated that the

firearm belonged to him. Furthermore, **COSTALES-SOTO** stated that the firearm is "Full" meaning that is a machine-gun. **COSTALES-SOTO** stated to ATF Agents that the firearm was modified by another individual and knew that it was modified. **COSTALES-SOTO** stated that he possessed the Glock pistol 43x, bearing serial number AHDU316 during the last two weeks of April 2026. ATF Agents executed a federal search warrant for the cellphone seized by **COSTALES-SOTO**. ATF Agents were able to view a video of an unknown individual shooting the firearm with the same descriptions that **COSTALES-SOTO** stated that was "full" and the video showed that the firearm was shooting in the automatic mode.

## CONCLUSION

11. Based on the above facts, I respectfully submit there is probable cause to believe that Misael **COSTALES-SOTO** violated Title 18, United States Code, Section 922(o) (possession of a machinegun).

I hereby declare, under penalty of perjury, that the information contained in this Affidavit is known to be true and correct to best of my knowledge.

Joel Colon Justiniano
Task Force Officer
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Subscribed and sworn pursuant to FRCP 4.1 at 1:49 p.m. by telephone, this 12th day of June 12, 2026.

Hon. Mariana Bauza-Almonte
United States Magistrate Judge