RECEIVED & FILED
CLERK'S OFFICE
JUN 17 2026
US DISTRICT COURT
SAN JUAN, PR

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>MISAEL COSTALES-SOTO,<br>Defendant. | INDICTMENT<br><br>Criminal No. 26-263 (SCC)<br><br>VIOLATION:<br><br>18 U.S.C. § 922(o)<br><br>FORFEITURE:<br>18 U.S.C. § 924(d)(1)<br><br>ONE COUNT |

THE GRAND JURY CHARGES:

COUNT ONE
Possession of a Machinegun

On or about April 16, 2026, through April 30, 2026, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

MISAEL COSTALES-SOTO,

did knowingly possess a machinegun, that is a Glock pistol, model 43x, bearing serial number AHDU316, that had been modified so that it was then capable of firing more than one round of ammunition, without manual reloading, by a single function of the trigger. All in violation of 18 U.S.C. §§ 922(o) and 924(a)(2).

## FIREARM AND AMMUNITION FORFEITURE ALLEGATION

The allegations contained in this indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c). Upon conviction of the offense set forth in Count One of this indictment, the defendant, MISAEL COSTALES-SOTO, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved or used in the commission of the offense, including, but not limited to: a Glock pistol, model 43X, bearing serial number AHDU316, rounds of ammunition and magazines.

[redacted]
FOREPERSON

Date: June 17, 2026

W, STEPHEN MULDROW
United States Attorney

Timothy M. Hennwood
Chief, Criminal Division

Pedro R. Casablanca
Assistant U.S. Attorney